

# NUMBER 13-12-00734-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

ESTER CHARLES,                                                            **Appellant,**

**v.**

LYDIA PERALEZ A/K/A LYDIA R. CHARLES
AND CARLOS CHARLES,                                                      **Appellees.**

### On appeal from the 347th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Ester Charles, appealed a judgment entered by the 347th District Court of Nueces County, Texas. On January 3, 2013, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant

has not responded to the notice from the Clerk or paid the $175.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.


PER CURIAM

Delivered and filed the
7th day of February, 2013.